# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam          Date: November 21, 2013
Court Reporter: Mary George
Probation Officer: Katrina Devine

Criminal Action No.: 13-cr-00122-JLK

*Parties:*                                  *Counsel:*

UNITED STATES OF AMERICA,                   Mark J. Barrett

   Plaintiff,

v.

JUSTIN NATHANIEL ROSENGREN,                 Lisa Moses

   Defendant.

---

## SENTENCING MINUTES

---

**3:05 p.m.      Court in session.**

Court calls case.  Appearances of counsel.  Also present, Kevin Korsick, U.S. Postal Inspector.  Defendant present on bond.

**Change of Plea Hearing:**   May 23, 2013.

**Defendant plead guilty to Count One of the Indictment.**

Preliminary remarks by the Court.

Defendant sworn.

Parties received and reviewed the presentence report.

Discussion regarding objections to the presentence report calculations.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

*13-cr-00122-JLK*
*Sentencing*
*November 21, 2013*

Comments and rulings by the Court.

**ORDERED:   Motion for A Variance Of Mr. Rosengren's Sentence (Filed 8/12/13; Doc. No. 23) is GRANTED, as specified.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **12 months and 1 day**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

**Conditions of supervised release:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X)   Defendant shall pay restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.
- (X)   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.

**Special conditions of supervised release:**
- (X)   Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.
- (X)   Defendant shall make payment on the restitution obligation that remains

*13-cr-00122-JLK*
*Sentencing*
*November 21, 2013*

|     |     |
| --- | --- |
|     | unpaid at the commencement of supervised release within 60 days of release from confinement. |
| (X) | Defendant shall meet with the probation officer to develop a plan for the payment of restitution.  This plan will be based on the defendant's income, expenses, and available resources.  The plan will be forwarded to the Court for review and approval as directed by the probation officer. |
| (X) | Defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, gifts and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case. |
| (X) | Any employment that the Defendant has shall be approved in advance by the probation officer. |
| (X) | Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer.  To the extent the Defendant can afford, he shall pay the cost of the treatment as directed by the probation officer. |
| (X) | The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment. |
| (X) | Defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist. The defendant cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained. |

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
Defendant shall pay restitution as follows:

    Chase Credit Card Company in the amount of $23,152.19.
    Discover Corporation in the amount of $130,804.47.

Interest is waived.

Restitution obligations are due immediately and any unpaid restitution balance upon release from incarceration shall be paid according to a plan established at that time by the probation officer and the Defendant.  In no event, however, shall any restitution be less than installment payments of at least 10 percent of the Defendant's gross monthly wages.

*13-cr-00122-JLK*
*Sentencing*
*November 21, 2013*

## SPECIAL ASSESSMENT FEE:
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:   Court finds the defendant is not likely to flee or pose a danger to the safety of any other person or the community.**

**ORDERED:   Defendant's Oral Request for Stay of Execution until January is GRANTED.  Stay of execution of surrender shall be after January 1, 2014.**

**ORDERED:   Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon within 15 days from the date of designation.**

**3:55 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 50 minutes.